

RECEIVED
COURT OF APPEALS
MAY 1 0 2013
LISA MATZ
CLERK, 5th DISTRICT

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,833-01

### EX PARTE CID ARTECONA , Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 052550 IN THE 15TH DISTRICT COURT FROM GRAYSON COUNTY

*Per curiam.*

### OPINION

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault and sentenced to imprisonment for life on each count. The Fifth Court of Appeals affirmed his convictions. *Artecona v. State*, No. 05-09-01283-CR (Tex. App.—Dallas 2011, no pet.).

Applicant contends that he was denied the opportunity to file a *pro se* petition for discretionary review (PDR). We remanded this application for findings of fact and conclusions of law. After reviewing the record, we conclude that Applicant was denied the opportunity to file a *pro*

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0006557458      $ 00.384
MAILED FROM ZIP CODE 78701      MAY 08 2013

58 DQW—N3B  75202

WR-78,833-01

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE  2ND FLOOR
DALLAS TX  75202